# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Case No.: 4:18–bk–01229–BMW

GREGORY JAMES STUMAN
aka  GREGORY JAMES WHITE
dba  GREGORY J STUMAN, HANDYMAN
PO BOX 8416
CATALINA, AZ 85738
**SSAN:** xxx–xx–0426
**EIN:**

Chapter: 7

Debtor(s)

## ORDER VACATING DISCHARGE

An Order of Discharge in this case having been entered on 11/28/2018 as a result of administrative error,

IT IS ORDERED vacating the Order of Discharge dated 11/28/2018.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** November 29, 2018

BY THE COURT

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number:  (520) 202–7500
www.azb.uscourts.gov

HONORABLE Brenda Moody Whinery
United States Bankruptcy Judge